*EXHIBIT A:*
*POWE: Select Dogs & Items Seized*
*July 11, 2018*



DF_OA_K2_0000537



DF_OA_SW_0001251



DF_OA_SW_0001611



DF_OA_SW_0001330



DF_OA_SW_0001339



DF_OA_SW_0001343



DF_OA_SW_0001614



DF_OA_SW_0001233



DF_OA_SW_0001624



DF_OA_K2_0000509



DF_OA_K2_0000494



DF  OA  SW  0001465



DF_OA_K2_0000846



DF_OA_K2_0001020



DF  OA  SW  0001173

*USM 204:*
*Dog previously possessed by defendant in 2017,*
*and seized from coconspirator CH in 2018.*

Photo of dog in defendant's backyard; stored on defendant's phone in October 2017.



Videos of same dog with puppies in September 2017
in coconspirator CH's possession at his residence.



Metadata of video taken on CH's IPhone:  9/9/2017
DF_CH_SW_0005097.MOV



Metadata of video taken on CH's IPhone:  9/10/2017
DF_CH_SW_0005098.MOV

The photos taken on 6/3/2018 of an injured (cause unknown) USM 204 in coconspirator CH's possession, at his residence, referring to the dog in a text as his dog "from Manny".



DF_CH_SW_0001793          DF_CH_SW_0001794          DF_CH_SW_0001795

Video taken on coconspirator CH's phone on 6/3/2018 of an injured USM 204, with location data returning to CH's residence.



Same dog seized from coconspirator CH's yard in July 2018, one month following photos of injured dog.



July 12, 2018:  Seized dog being examined. Fur growing back over injured area.



DF_OA_K2_0000983



DF_OA_K2_0000985



DF_OA_K2_0000989



DF_OA_K2_0000990

Photo of USM 204 on the day she was seized, July 11, 2018, compared to a photo of the same dog, two months later after receiving veterinarian care and proper nutrition.





DF_OA_K2_0000327



DF_OA_K2_0001443

*POWE: Select photos taken from his electronics, seized July 11, 2018*



DF_EP_SW_0000033

# ✕  ONLINE PEDIGREES :: [539226] :: BADINTENT'S DA FUTURE          SHARE  ⋮

| BADINTENT'S DA FUTURE | | | |
|---|---|---|---|
| OFFSPRING | SIBLINGS | PEDSTATS | PRINTER FRIENDLY |
| POSTED: 2016-02-26<br>LAST MODIFIED: 2016-02-26<br>PEDIGREE HAS BEEN SEEN: 108 TIMES<br><br>Bleeding now | | | |

| 4 GENERATION PEDIGREE | | | |
|---|---|---|---|
| First | Second | Third | Fourth |
| (Sire) BADINTENT'S PROWLER AKA PELE | NOBLE'S REDMAN III CR2 1BIS | CALM B4 THE STORM'S RENO (2 BS)(GIS) | CAMELOT'S CH SLIM SHADY ROM. |
| | | | CAMELOT'S HONEY BEAR 1XW |
| | | CANDY 1 | COTTINGHAM'S RED MAN JR (HITE'S) 2X |
| | | | PONTE'S LADY EMMITT |
| | UNKNOWN | UNKNOWN | UNKNOWN |
| | | | UNKNOWN |
| | | UNKNOWN | UNKNOWN |
| | | | UNKNOWN |
| (Dam) TUSHHOG EI REDS | HITE'S GREMLIN | CH COTTINGHAM'S BEAR (3XW-1XLG) | CH COTTINGHAM'S RED MAN ROM |
| | | | TVK'S SCABS |
| | | COTTINGHAM'S RONNIE GIRL | COTTINGHAM'S SNOWBALL |
| | | | COTTINGHAM'S PRINCESS |
| | TVK'S DUSTY | GARNER & TVK'S RUSTY REBEL (2XW)(POR) | TVK'S & COTTINGHAM'S REBEL |
| | | | BOUDREAUX BIG MOMMA |
| | | TVK'S WHITEY | COTTINGHAM'S COWBOY |
| | | | NAGY'S LITTLE DIBBIE |

This information is stored in and generated by: apbt.online-pedigrees.com

DF_EP_SW_0000085



DF_EP_SW_0000079



DF_EP_SW_0000089



DF OA SW 0001173

DF_OA_SW_0001362

Breeding Stand seized from defendant's residence, July 11, 2018



Photo saved to defendant's phone in 4/2016. Location unknown.

DF_EP_SW_0000271



DF_EP_SW_0000305

Photo saved to phone in February 2017



Dog seized from defendant's basement, July 11, 2018; same crate as in photo to the left.



DF_EP_SW_0000201

Proof of breeding photo texted to defendant in December 2017

Photos on defendant's phone of dog in coconspirator OA's yard.
Metadata indicates photo was saved to defendant's phone in 2015.



DF_EP_SW_0000141



DF_EP_SW_0000142