# EXHIBIT A

September 16, 2021

To Whom It May Concern:

My name is Clarivel Jones and proud to offer my recommendation of Emmanuel Powe to whom I have personally known for over 10 years as a friend and colleague.

Throughout the course our relationship, I have witnessed an individual who has served as a mentor and role model to hundreds of young men in the Frederick County area. I have witnessed Mr. Powe demonstrate compassion, empathy, and selflessness in his role as Coach as well as in his role as Parent, Advocate and Friend.

In his role as member of the Frederick County Community, Mr. Powe has coordinated numerous fundraisers, community events and sponsorships to help those who needed them the most.  In addition, as a business owner, Mr. Powe has served the patrons of the community and has always demonstrated good judgement and acted in the best interests of all those who have sought advice and guidance.

Outside of Mr. Powe's commitment to his community, Mr. Powe is a man dedicated to his family. Having lead by example, he has always putt their needs ahead of his own. As a friend, we have shared many meals and times together with our extended families. I have always known him to represent himself with levelheadedness and grace.

Should you require any further information, please do not hesitate to contact me

Regards,

Clarivel Jones

1726 Trotter Street
Frederick, MD 21702
301-305-1912
clariveljones@gmail.com

# EXHIBIT B

Character Witness: Emmanuel A. Powe

To Whom It May Concern:

I have known Emmanuel (Mannie) for 8 years. I have had the privilege of witnessing his selfless servitude in many different ways. First, Mannie is a great father. He prides himself in fatherhood and is crazy about each of his children. He has helped to support seven children, five of which live solely with him. He made sure all of his children were involved in extra-curricular activities: sports, clubs, church events, and serving the less fortunate on holidays. It was a priority for him to be present at his children's events and ceremonies. He loves talking about his children and their accomplishments. He is a proud father. His children have received numerous awards and accolades. Mannie has helped to put six of his children in college. The youngest is a current high school senior. Two of his children have graduated law school. One is practicing as a lawyer. One is in an accelerated pharmacy school program. One is a college basketball stand-out. Not only has Mannie proved himself to be an upstanding father. He also has been a huge community influence.

He coached and coordinated little league football for a number of years, in which he won many titles. He would pick players up for practice, drop them off and feed them if they were hungry. He was a huge support for his players. He would have heart-to-heart conversations, be a listening ear, guide them to be the best versions of themselves. Still to this day, his former players mention how highly respected he is and the huge impact he made on their lives. It was extremely hard for him to step away from football when he finally did. He cares! It's hard to step away from something you were purposed to do. Not only has Mannie proved himself to be an upstanding community influence. He has also been a great man!

Mannie's service to others is remarkable. I can remember an instance when, Mannie's son JR shared with him that his friend didn't have anywhere to stay because his parents kicked him out. Mannie allowed the friend to stay with him and provided for the boy like he was his own. They even celebrated Christmas together and Mannie and his children gifted him presents. One thing about Mannie is that he is always willing to lend a hand, to help and serve. Life has not always treated Mannie fairly, but he has always gotten though his own challenges with grace.

Mannie has dealt with many challenges throughout his life including: health, financial, professional, personal, and by the grace of God has always found a way to "live life on life's terms". He has never been the guy who sits and sulks in a situation. He has always tried to look at the bright side, somehow finding the light, when things seem so dark. He has encouraged me many times. He has prayed with me and for me. He has talked me through challenges and helped me bridge many gaps. He is truly an "angel" in all senses of the word. Mannie is a large-build man, but has a heart of gold. He has the strength and fortitude of 10 men. Not many people can hold a match to Emmanuel Powe. It would be too difficult a task.

Dorian Dixon

Occupation: Educator

# EXHIBIT C

---------- Forwarded message ---------
From: **Scott, Darrick L** <Darrick.Scott@fcps.org>
Date: Thu, Sep 16, 2021 at 2:58 PM
Subject: Emmanuel Powe
To: emmanpowe@gmail.com <emmanpowe@gmail.com>
Cc: scottdarrick52@yahoo.com <scottdarrick52@yahoo.com>


9/16/2021

To: Whom It May Concern
Reference: Emmanuel Powe
Relationship: Friend
My Name: Darrick L Scott Sr

This letter is in reference to Emmanuel Powe a long-known friend of mines. I have known Mr. Powe and his family for over 15 years. I have seen him take care of kids that were not his in the community and provide them with food shelter and mentor ship and even guide young men to teenagers in a positive light. Mr. Powe has been a great support to more than just homeless kids but he has helped out family's and single mother's whose son's and daughters had been incarcerated so that they wouldn't suffer. The fact is people make mistakes and are quickly to be judged on all types of things but when it comes down to character for what I know about Mr. Powe, I vouch for him as a family man with beautiful family that includes 3 kids in college that are all very smart. Mr. Powe sacrifice in life for his kids and family and other kids and their families showed me he truly cares for everyone not just someone or himself. I have coached football with Mr. Powe over the years.

These are some of the things he has done.
1.Took over a football organization in which no one wanted to step up and be president. The organization was The Frederick Steelers which he gave out of his own pocket along with meals for these kids who didn't know where the next meal was going to come from.
2. He made sure kids had haircuts and school supply's going back to school and just in general.
3. Took kids girls and boys to college visit and games and also professional games basketball and football paid for all food and travel.

Mr. Powe is a great asset to kids and parents who need the help to help stop for our young men and woman going to jail or getting killed. He has helped turn around numerous of kids and

I have seen the difference he made and the impact he has had on his community and all community's in Frederick City, Frederick County Maryland.

If the world will throw away the key on people who make mistakes and don't forgive them, how are we as citizens and a retired police officer from Frederick City Police Department suppose to help our dying young generation. I think a person such as Mr. Powe continue to help our youth of all kinds and in doing so let it show and be known to the courts.

Thank You

Mr. Darrick Scott Sr
Retired Frederick City
Police Officer
240-578-6530

# EXHIBIT D

Anthony L. Cook, DVM, MS, DACLAM
Director, Attending Veterinarian BRB
BIOQUAL, Inc.
Rockville, MD 20850
acook@bioqual.com
301-948-9565

September 16, 2021

Re: Character Reference for Emmanuel "Mannie" Powe

To Whom It May Concern:

I have known Mannie for over 13 years. We first met when I visited a local barbershop, and he was a barber there. We quickly realized through conversation and haircuts, that we both were from North Carolina and were close enough to have hung out in the same places as teens. He became my barber, and we developed a friendship over the years. Mannie helped start a football organization, Frederick Steelers, which played in the Pop Warner National Football League. At the time, he recruited me to coach the tiny mites (5-7 yr. old's). I did not have any experience, but he taught me X's and O's, so I learned a lot from him about coaching. We coached together over the years, until our kids were in high school. We also started playing golf together, fishing trips with the boys and just good conversation. I consider Mannie a very good friend and there is nothing I would not do for him, and vice versa. It is because of our relationship that I am writing this letter of reference.

At all times I have found Mannie to be dependable, a good friend and someone who genuinely cares about others, especially the young men of our community.

I believe and know Emmanuel "Mannie" Powe to be an outstanding individual. He has always been family first and a community leader. He always exhibits a calm demeanor in any situation. Lastly, not only is he an excellent friend, but he is also an excellent father and husband.

If I can be of any further assistance or provide you with any further information about my association with Mannie, please do not hesitate to contact me.

Sincerely,

Dr. Anthony L. Cook