# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff ) | |
| ) | Criminal Case 3:21-cr-25-1 |
| v. ) | Sentencing Hearing: October 6, 2021 |
| ) | Judge John A. Gibney, Jr. |
| EMMANUEL A. POWE, SR., ) | |
|     Defendant ) | |

## DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM

COMES NOW Defendant Emmanuel A. Powe, Sr., by and through his counsel, and hereby files a supplemental sentencing memorandum. Specifically, we hereby file family photos (Exhibits E-I) to assist this Honorable Court in imposing a just sentence.

Respectfully submitted

/s/
Gene Rossi, Esquire
VSB Number 93136
Carlton Fields, PA
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC  20007-5208
Telephone: 202-965-8119
Cell: 703-627-2856
Email: grossi@carltonfields.com

/s/
Devin Luqman, Esquire
Luqman Law
129 West Patrick Street, Suite 11
Frederick, MD 21701
Telephone: 301-900-8680
devin@luqmanlaw.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that the <u>DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM</u> was filed with the Clerk of the Court via ECF and emailed to the U.S. Probation Office and to counsel for the United States on Tuesday, October 5, 2021.

        Respectfully submitted

        _____/s/_____
        Gene Rossi, Esquire