# Exhibit E



# Exhibit F



# Exhibit G



# Exhibit H



# Exhibit I



A special thank you to

**Coach**

**Emmanuel Powe**

for your time and
dedication to our team!
2012 Sertoma Basketball
Pee-Wee